**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ARGONAUT INSURANCE COMPANY,
ZURICH INSURANCE COMPANY

                                       Case No. 1:24-cv-10971-RGS

            Plaintiffs,

    v.

GID INVESTMENT ADVISERS CORPORATION,
WINDSOR PROPERTY MANAGEMENT
COMPANY

            Defendants.

-------------------------------------------------------------------

**JOINT MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANTS'**
**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND**
**LEAVE TO REPLY ON ASSENT OF ALL PARTIES**

Plaintiffs / Counterclaim Defendants ARGONAUT INSURANCE COMPANY

("Argonaut") and ZURICH INSURANCE COMPANY ("Zurich") (collectively, "Plaintiffs") and

Defendants / Counterclaim Plaintiffs GID INVESTMENT ADVISERS CORPORATION ("GID")

and WINDSOR PROPERTY MANAGEMENT COMPANY ("Windsor") (collectively,

"Defendants") jointly move for (a) an Extension of Time for Plaintiffs to oppose Defendants'

Motion for Partial Judgment on the Pleadings ("Motion"), and (b) leave for Defendants to file a

Reply, and state as follows:

1.      Defendants filed the Motion on July 12, 2024.

2.      Pursuant to the Local Rule 7.1(b)(2), Plaintiffs' opposition is due on July 26, 2024.

3.      Due to unavoidable scheduling conflicts, Plaintiffs respectfully request an
extension to submit opposition until August 15, 2024.

4.      As set forth in the accompanying Certification, Defendants consent to the request
for extension. *See* 7.1 Certification annexed hereto as **Exhibit A.**

5.     Defendants also seek leave to file a reply on or before August 29, 2024 and to limit the reply to 10 (ten) pages.

6.     Plaintiffs do not oppose Defendants' request to file a reply.

**WHEREFORE**, the parties respectfully request that this Motion be granted in its entirety.

Dated: July 22, 2024                    Respectfully submitted,


By:     _/s/ Brian A. O'Connell_____
Brian A. O'Connell, BBO#551182
Tucker, O'Connell & Fidurko, LLP
199 Wells Avenue, Suite 301
Newton, MA 02459
617-986-6226
oconnell@toflawfirm.com


_/s/ Jung H. Park_____
Geoffrey Heineman (Admitted *Pro Hac Vice*)
Jung H. Park (Admitted *Pro Hac Vice*)
Ropers Majeski PC
800 Third Avenue, 29th Floor
New York, NY 10022
Geoffrey.heineman@ropers.com
Jung.park@ropers.com

*Attorneys for Plaintiffs Argonaut Insurance*
*Company and Zurich American Insurance Company*

By:     _/s/ Joseph Saka_____
Andrew M. Reidy (BBO 550808)
Joseph Saka (pro hac vice)
Scott Boyle (pro hac vice)
NOSSAMAN LLP
1401 New York Avenue NW
Suite 800
Washington, D.C. 20005
Telephone: (202) 887-1412
areidy@nossaman.com
jsaka@nossaman.com
sboyle@nossaman.com

*Counsel for Defendants/Counter-Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Jung H. Park, hereby certify that on July 22, 2024, I filed and served this document through the electronic filing system and the document is available for viewing and/or downloading from the United States District Court District of Massachusetts using the CM/ECF system, which will send notification to counsel of record

*/s/ Jung H. Park*

Jung H. Park (Admitted *Pro Hac Vice*)